ACCEPTED
03-15-00518-CV
8407823
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 12:22:32 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00518-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 12:22:32 PM
JEFFREY D. KYLE
Clerk

_____

### CITY OF SAN MARCOS, TEXAS
*Appellant*

v.

### SAM BRANNON, COMMUNITIES FOR TEXAS THRIVING WATER FLUORIDE-FREE SAN MARCOS, MORGAN KNECHT AND KATHLEEN O'CONNELL
*Appellee*

_____

On Appeal from the 274th Judicial District Court of Hays County, Texas
Honorable R. Bruce Boyer, Judge Presiding
Trial Court Cause Number 15-1266

---

## AMENDED STATEMENT REGARDING ORAL ARGUMENT

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant, City of San Marcos, Texas and files this Amended Statement Regarding Oral Argument in this interlocutory appeal.

### STATEMENT REGARDING ORAL ARGUMENT

Plaintiff WAIVES oral argument, and requests submission on the Briefs of the parties.

Respectfully submitted,

1

Amended Statement Regarding Oral Argument

**MCKAMIE KRUEGER, LLP**
941 Proton Rd.
San Antonio, Texas 78258
210.546.2122
210.546.2130 (Fax)

/s/: William M. McKamie
WILLIAM M. McKAMIE
State Bar No. 13686800
mick@mckamiekrueger.com

and

Michael J. Cosentino
State Bar No. 04849600
mcosentino@sanmarcostx.gov
**CITY ATTORNEY**
CITY OF SAN MARCOS, TEXAS
512.393.8153
Fax 512.393.3983

**ATTORNEYS FOR APPELLANT**

Amended Statement Regarding Oral Argument

# CERTIFICATE OF SERVICE

I certify that on December 30, 2015, a complete and correct copy of *Amended Statement Regarding Oral Argument* was filed electronically with the Third Court of Appeals with notice of case activity to be generated and sent electronically by the Clerk of the court with ECF notice being sent to the following counsel of record:

Craig F. Young
108 E. San Antonio
San Marcos, Texas 78666
512.847.7809
512.393.1212 (Fax)
cyoung@lawyer.com
*Attorney for Morgan Knecht*

Lynn Peach
147 S. Guadalupe, Suite 101
San Marcos, Texas 78666
512.393.9991
888.428.0468 (Fax)
lynn@lynnpeachlaw.com
*Attorney for Sam Brannon*

Brad Rockwell
707 Rio Grande, Ste. 200
Austin, Texas 78701
SBN 17129600
brad@LF-lawfirm.com
512-469-6000
512-482-9346 (fax)
*Attorney for Kathleen O'Connell and*
*Communities for Thriving Water-Fluoride*
*Free San Marcos*

/s/ William M. McKamie_____
WILLIAM M. McKAMIE

Amended Statement Regarding Oral Argument